IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 31 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00458-BNB

ALEX HERRERA,

    Plaintiff,

v.

GOVERNOR OF COLORADO – BILL OWENS,
MAYOR OF DENVER, COLORADO – JOHN HICKENLOOPER,
CHIEF OF DENVER COUNTY JAIL – FRED OLIVA, and
HEAD OF MEDICAL DEPT. AT D.C.J.,

    Defendants.

---

ORDER ALLOWING PLAINTIFF TO PROCEED
WITHOUT PAYMENT OF INITIAL PARTIAL FILING FEE

---

On March 14, 2006, the court granted Plaintiff Alex Herrera leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), the court ordered Mr. Herrera either to pay an initial partial filing fee of $5.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. On March 29, 2006, Mr. Herrera submitted a certified copy of his inmate trust fund account statement showing that the available balance in his account as of March 20, 2006, is $0.40. The financial affidavit previously filed by Mr. Herrera reveals no other assets.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the action is filed, the statute provides for payment of the

filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Because he has demonstrated that he has no assets and no means by which to pay the initial partial filing fee, Mr. Herrera will be allowed to proceed in this action without payment of the initial partial filing fee designated in the court's March 14 order. The court will proceed to review the complaint pursuant to § 1915(e)(2)(B). However, although he may proceed without payment of an initial partial filing fee, Mr. Herrera remains obligated to pay the full $250.00 filing fee through monthly installments as directed in the court's March 14 order and reiterated below. Accordingly, it is

ORDERED that Mr. Herrera may proceed in this action without payment of the initial partial filing fee designated in the court's March 14, 2006, order because he has shown cause why he has no assets and no means by which to pay an initial partial filing fee. Mr. Herrera remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1). It is

FURTHER ORDERED that until the $250.00 filing fee is paid in full, Mr. Herrera shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Herrera is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Herrera must file a current certified

copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Herrera fails to have the appropriate payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED March 31, 2006, at Denver, Colorado.

                                              BY THE COURT:

                                              <u>s/ Boyd N. Boland</u>
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00458-BNB

Alex Herrera
Reg. No. 117027
FMCC - D-2L-6
P.O. Box 200
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   3-31-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk