IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 9 - 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00458-ZLW

ALEX HERRERA,

      Plaintiff,

v.

GOVERNOR OF COLORADO – BILL OWENS,
MAYOR OF DENVER, COLORADO – JOHN HICKENLOOPER,
CHIEF OF DENVER COUNTY JAIL – FRED OLIVAS, and
HEAD OF MEDICAL DEPT. AT D.C.J.,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      Plaintiff's "Motion Requesting a Response to Motion for Rehearing on Order of Dismissal by the Court, on My Prisoner Complaint (1983)" filed on March 8, 2007, is DENIED because the Court denied Plaintiff's motion for rehearing on June 21, 2006. The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the Court's Order Denying Motion to Reconsider filed in this action on June 21, 2006. The clerk of the Court is directed to mail these documents to Plaintiff at the address listed in Plaintiff's motion filed on March 8, 2007.

Dated:  March 9, 2007

Copies of this Minute Order **and a copy of the Court's Order Denying Motion to Reconsider filed on June 21, 2006** were mailed on March 9, 2007, to the following:

Alex Herrera
Dco# 117027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                  Secretary/Deputy Clerk